1  PHILLIP A. TALBERT
   Acting United States Attorney
2  COLLEEN M. KENNEDY
   STEVEN S. TENNYSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA *ex rel.,* RTJ, LLC, A Delaware Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, a California corporation, and ELECTRONIC RECYCLERS OF AMERICA, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:20-CV-1282 TLN AC<br><br>ORDER RE THE NOTICE OF THE UNITED STATES OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL]** |

The United States and the State of California both having notified the Court of their respective decisions not to intervene in this action, the Court hereby orders, as follows:

(1) Relator may maintain the action in the name of the United States and the State of California; providing, however, that the action may be dismissed only if the court, the Attorney General of the United States, and the Attorney General of California give written consent to the dismissal and their reasons for consenting;

(2) In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States and the

ORDER                    1

State of California with notice and an opportunity to be heard before ruling or granting its approval;

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States and the State of California;

(4) The United States and the State of California shall reserve their rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States and the State of California shall be served with all notices of appeal.

The relator's Complaint, the Notices of Declination filed by the United States and the State of California, and this Order shall be unsealed. All other papers on file in this action shall remain under seal.

**SO ORDERED.**

DATED: June 23, 2021

Troy L. Nunley
United States District Judge