**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, *Ex rel*, RTJ, LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC RECYCLERS INTERNATIONAL, a California corporation, and ELECTRONIC RECYCLERS OF AMERICA, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 2:20-CV-1282 TLN AC<br><br>**ORDER GRATING REQUEST FOR DISMISSAL OF ACTION BY RELATOR RTJ, LLC AND TO UNSEAL CERTAIN DOCUMENTS** |

_____  Case No. 2:20-CV-1282 TLN AC

ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION

**ORDER**

Pursuant to the request of Qui Tam Plaintiff/Relator RTJ, LLC, which is consented to by the United States of America and the State of California, this action and all claims against the Defendants in this action are dismissed with prejudice to the Qui Tam Plaintiff/Relator RTJ, LLC, but without prejudice to the United States of America and the State of California.

In addition, pursuant to the requests of the United States and the State of California, the following documents only shall be unsealed:

1. The Complaint;
2. The Notice of the United States of Election to Decline Intervention;
3. The Notice of Election to Decline Intervention filed by the State of California;
4. The Request for Dismissal of Action by Relator RTJ, LLC;
5. Consent of the United States and the State of California; and
6. Any Order of Dismissal issued by the Court.

All other contents of the Court's file in this matter filed or lodged to date should remain under seal and not be made public or served upon the defendants or any other person.

DATED: July 29, 2021

_____
Troy L. Nunley
United States District Judge

Case No. 2:20-CV-1282 TLN AC

- 1 -

ORDER GRANTING REQUEST FOR DISMISSAL OF ACTION